IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY WRIGHT and <br> AUTHOR JAMES HEAD, <br><br> Plaintiffs, <br><br> v. <br><br> CHEATHAM COUNTY JAIL, et al., <br><br> Defendants. | No. 3:09-0488 <br> JUDGE HAYNES |

## ORDER

Upon review of the file, the Clerk of Court mailed a copy of the Court's Order to Plaintiff Larry Wright (Docket Entry No. 8) in this action on October 9, 2009. The copy of the Order was returned unclaimed. (Docket Entry No. 9).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). Plaintiff has failed to inform the Court of his new address or refuses to claim mailings from the Court, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, Plaintiff Larry Wright's claims are **DISMISSED** without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff Larry Wright's failure to prosecute.

It is so **ORDERED**.

ENTERED this the ___ day of November, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge